IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY MILLER,
    Plaintiff,

vs.                                    Case No.: 3:05cv346/RV/MD

NAVY FEDERAL CREDIT UNION,
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's Motion to Dismiss (doc. 18) and the parties' Joint Stipulation for Dismissal with Prejudice (doc. 19). Pursuant to FED.R.CIV.P. 41(a)(1)(ii), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion to dismiss (doc. 18) be GRANTED and this case be DISMISSED WITH PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 19th day of April, 2006.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**