IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY MILLER,
    Plaintiff,

v.                                                CASE NO.: 3:05cv346/RV/MD

NAVY FEDERAL CREDIT UNION,
    Defendant.
_____

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 19, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's motion to dismiss (doc. 18) is GRANTED and this case is DISMISSED WITH PREJUDICE.

    DONE AND ORDERED this 31st day of May, 2006.

                                            /s/ *Roger Vinson*
                                           ROGER VINSON
                                           SENIOR UNITED STATES DISTRICT JUDGE